IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROGER D. SIMS                                                                                    PLAINTIFF
ADC #121381

V.                                            5:11-cv-00090-JJV

RAY HOBBS, et al.                                                                            DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

DATED this 2nd day of September 2011.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE